IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 1:25-MJ-177 |
| | ) | |
| COREY UTHE, | ) | |
| | ) | |
| *Defendant.* | ) | |

### **ORDER**

The UNITED STATES, having moved to amend one charge and accept collateral in lieu of Defendant's appearance; and

UPON CONSIDERATION WHEREOF, it is the opinion of the Court that said Motion should be and hereby is granted; it is therefore

ORDERED that the citation in the above titled case is amended from a violation of 18 U.S.C. § 13, assimilating VA Code § 46.2-862 (Reckless Driving by Speed 45/25), to a violation of 18 U.S.C. § 13, assimilating VA Code § 46.2-870 (Exceeding Maximum Speed Limit, 34/25), and that $75.00 collateral be accepted in lieu of the same.

IT IS FURTHER ORDERED that Defendant has ninety (90) days to make payment.

ENTERED this _____19th_____ day of March, 2025.

*Lindsey R. Vaala*
LINDSEY R. VAALA
UNITED STATES MAGISTRATE JUDGE